**UNITED STATES of America, Appellee,**

v.

**Marx Roscoe JACKSON, Appellant.**

**No. 12637.**

United States Court of Appeals Fourth Circuit.

Argued Oct. 28, 1968.

Decided Oct. 30, 1968.

Thomas O. Lawson, Fairfax, Va. (Court-appointed counsel) [Kelly, Louk, Farley, Lawson & Chess, Fairfax, Va., on brief], for appellant.

John D. Schmidtlein, Asst. U. S. Atty. (C. V. Spratley, Jr., U. S. Atty., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, SOBELOFF, Circuit Judge, and Mc-MILLAN, District Judge.

PER CURIAM:

Marx Roscoe Jackson appeals from a conviction of bank robbery in violation of 18 U.S.C. § 2113(a) and (d). We have considered the arguments made in the briefs and orally, and find nothing meriting reversal. The conviction is therefore

Affirmed.